# EXHIBIT B

## Yopima, LLC v. FlashParking, Inc.
## Infringement Chart for U.S. Patent No. 9,119,038

| U.S. Patent No. 9,119,038 | **FlashParking** |
|---|---|
| 13.A method for tracking locations of a plurality of devices within overlapping geofences, comprising: | FlashParking, Inc. provides the ParkWhiz mobile application, which uses device location in connection with parking reservations at specified parking facilities, including reserved parking garages. ParkWhiz's published materials and the screenshots and videos below show that user devices are associated with specific reserved parking locations and that device location is used as part of the parking reservation and entry workflow.<br><br><br><br>Source: https://www.parkwhiz.com/ |

| U.S. Patent No. 9,119,038 | **FlashParking** |
|---|---|
| | <br>Source: https://apps.apple.com/us/app/parkwhiz-1-parking-app/id595743376 |
| [13A] receiving, by a portable computing device, an identification of a first geofence defining a first region; | Plaintiff contends that a portable computing device [Smartphone with ParkWhiz app] receives an identification of a first geofence defining a first region.<br><br>When a user makes a parking reservation, the server of the ParkWhiz app will provide all the available parking Garages on the map near the destination for a user to choose, each parking location (Garage) is a geofence defining a region, all the available parking locations on the map constitute the first geofence defining the first region, Accordingly, the Smartphone receives an identification of a first geofence defining a first region. |

| U.S. Patent No. 9,119,038 | **FlashParking** |
|---|---|
| | <br><br>ParkWhiz<br><br>Source: https://www.youtube.com/watch?v=Iz8hI6RyXR0 |
| [13B] determining a current location of the portable computing device; | The ParkWhiz mobile application uses mobile-device location services to obtain and use the current location of the portable computing device in connection with the parking reservation workflow, as reflected in the ParkWhiz materials cited below.<br><br>Accordingly, the portable computing device determines its current location for use within the ParkWhiz application. |

| U.S. Patent No. 9,119,038 | **FlashParking** |
|---|---|
| | The portable computing device (Smartphone) determines its current location such that the ParkWhiz app can navigate the user to the reserved parking location.<br><br><br><br>Source: https://www.youtube.com/watch?v=Iz8hI6RyXR0 |

| U.S. Patent No. 9,119,038 | **FlashParking** |
|---|---|
| [13C] comparing the current location of the portable computing device to the identified first geofence; and | During the period of navigation to the reserved garage, the ParkWhiz app portable computing device (Smartphone) compares the current location of the Smartphone to the identified first geofence (reserved garage in the first geofence) to navigate the user to the reserved garage.<br><br><br><br>Source: https://www.youtube.com/watch?v=Iz8hI6RyXR0 |

| U.S. Patent No. 9,119,038 | **FlashParking** |
|---|---|
| [13D] transmitting, by the portable computing device to a second computing device, an arrival notification, responsive to determining that the current location of the portable computing device is within the identified first region, | ParkWhiz's materials and the videos below show that the user presents or uses a ParkWhiz parking pass through the mobile application at the reserved parking facility, and that this interaction communicates reservation and arrival-related information to the parking facility system.<br><br>This communication is tied to the device being at the reserved parking location identified in the reservation workflow. Because the application is used in connection with confirming the user's presence at the reserved facility, the resulting communication to the facility system is responsive to the portable computing device being at that location.<br><br>Accordingly, the ParkWhiz application transmits, by or through the portable computing device, an arrival-related notification or communication to a second computing device corresponding to the parking facility system responsive to determining that the portable computing device is at the reserved parking location.<br><br>Responsive to determining that the current location of the portable computing device(smartphone) is within the identified first region (determining that the smartphone is in the reserved garage within the identified first region), the ParkWhiz app provides "Parking pass" to reserved garage scanner to transmit to second computing device ( reserved garage manage computer ) an arrival notification ("Parking pass" show that the smartphone has arrived in the reserved garage).<br><br><br><br>Source: https://www.parkwhiz.com/ |

| U.S. Patent No. 9,119,038 | **FlashParking** |
|---|---|

How do I present my my pass on-site?   ∧

Easy peasy! The vast majority of locations in our network accept a mobile pass, which means you can use your phone or other smart device to show proof of your prepaid purchase once you arrive at the parking facility.

To be sure, verify the validation method instructions on your pass. This section is titled "When You Arrive" in-app or "How To Park" if viewing on a desktop or mobile web. If your location does not accept mobile passes, you'll need to print the pass before leaving the house.

For a seamless, no-printer-required experience, check out the ParkWhiz app! Thousands of space at your fingertips. Rest assured that if searching and booking on a mobile device, we won't show you any locations that require a printed pass (at least not until cars come equipped with printers).

Source: https://www.parkwhiz.com/

Some examples of ParkWhiz pass validation include, but are not limited to:
- Save license plate to pass
- Show pass to attendant on phone
- Scan QR code at gate when entering/exiting
- Print pass and leave on dashboard
- Pull a ticket at entry and validate before exiting

Source: https://help.parkwhiz.com/support/solutions/articles/60001010475-how-do-i-prove-i-ve-already-paid-for-parking-

| U.S. Patent No. 9,119,038 | **FlashParking** |
|---|---|
| |  Source: https://www.youtube.com/watch?v=Iz8hI6RyXR0 |
| [13E] the arrival notification including an identification of the current location of the portable computing device within one of a plurality of subregions of the first region defined by a | The arrival notification includes an identification of the current location (Parking pass include location the reserved garage) of the portable computing device within one of a plurality of subregions of the first region defined by a corresponding plurality of geofences.<br><br>See [13A], the first region includes all the available parking locations (a plurality of subregions) on the map, the reserved garage is an available parking location(subregions) within the first region. |

| U.S. Patent No. 9,119,038 | **FlashParking** |
|---|---|
| corresponding plurality of geofences. | <br><br>Source: https://www.youtube.com/watch?v=Iz8hI6RyXR0 |